IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAMARAO NAIDU,**  Plaintiff, | : : : |
| v. | : :  Civil Action No. 23-CV-3179 |
| **PNC BANK, NATIONAL ASSOCIATION,**  Defendant. | : : : : : |

## ORDER

**AND NOW**, this 3rd day of April, 2024, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 6), Plaintiff's Response (Doc. No. 7), and Defendant's Reply (Doc. No. 10), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss the breach of express contract claim is **DENIED**;

2. Defendant's Motion to Dismiss the breach of implied contract claim is **GRANTED**;

3. Defendant's Motion to Dismiss the common law negligence claim is **GRANTED**;

4. Defendant's Motion to Dismiss the common law conversion claim is **GRANTED**;

5. Defendant's Motion to Dismiss the statutory conversion claim is **DENIED**; and

6. Defendant's request for a more definite statement is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG,           J.**