**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SANJIV NAIDU, Administrator d.b.n. of the Estate of RAMARAO NAIDU, Deceased,<br><br>        Plaintiff,<br><br>        v.<br><br>PNC BANK, N.A.,<br><br>        Defendant. | CIVIL ACTION<br><br><br><br>No.  23-cv-3179 |

## O R D E R

**AND NOW**, this 25th day of March, 2026, upon consideration of Defendant's Amended Motion for Summary Judgment (ECF No. 36 (the "Motion")), Plaintiff's response in opposition thereto (ECF No. 38), and Defendant's reply in support of its Motion (ECF No. 39), it is **ORDERED** that the Motion is **GRANTED** on all counts. The Deputy Clerk shall mark this case closed.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
    HODGE, KELLEY B., J.